# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 328 EAL 2023

         Respondent              :

                                       :   Petition for Allowance of Appeal

                                       :   from the Order of the Superior Court

         v.                               :

                                       :

PHILLIP SHIVERS,                   :

                                       :

         Petitioner                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**.  The issue, rephrased for clarity, is:

> Because flight alone by an individual at the sight of police does not provide the necessary reasonable suspicion of criminal activity for a stop, does it violate Article I, Section 8 to hold that there is reasonable suspicion based solely on the location of the flight in a "high crime area," a factor that involves no additional conduct by the person police pursue and stop?

The parties are directed to address in their merits briefs whether Petitioner Phillip Shivers preserved his "departure claim" in light of this Court's decisions in *Commonwealth v. Bishop*, 217 A.3d 833 (Pa. 2019), and *Commonwealth v. Alexander*, 243 A.3d 177 (Pa. 2020).